Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by JAMES J. McNULTY, Respondent, v. LOUIS CURTH & SONS, Employer, and MASSACHUSETTS BONDING AND INSURANCE COMPANY, Insurance Carrier, Appellants.— Award modified so as to provide only for sixty-one weeks payment at nineteen dollars and twenty-three cents per week in addition to the prior award, and as so modified affirmed on the authority of *Matter of Eggleston* v. *Shinola Co.* (229 N. Y. 622). All concur.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of MARY E. CASTOR, Respondent, for Compensation to Herself under the Workmen's Compensation Law, for the Disability and for the Death of WALTER J. CASTOR, v. COLLEGIATE BAPTIST CHURCH OF THE COVENANT, Employer, and THE FIDELITY AND CASUALTY COMPANY OF NEW YORK, Insurance Carrier, Appellants.— Award for compensation reversed on the ground that the notice was not duly given, on the authority of *Dorb* v. *Stearns & Co.* (180 App. Div. 138) and *Colon* v. *American Linoleum Mfg. Co.* (184 id. 734), and award for death benefits affirmed. All concur.

In the Matter of the Probate of the Last Will and Testament of MARY F. STEPHENSON, Deceased. EDWARD G. FAILE and Others, Appellants; SILAS S. SHURTER, Respondent.— Decree unanimously affirmed, with costs.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of JOSEPH KOUSCH, Respondent, for Compensation under the Workmen's Compensation Law, v. H. G. ELLIS, Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Award modified by awarding compensation for one and one-half weeks, and as so modified affirmed. All concur.

TABITHA S. PIERCE, Respondent, v. JOHN W. ECKHART & COMPANY (a Corporation), Appellant, Impleaded with ABRAHAM COHEN and Others.— Judgment unanimously affirmed, with costs. Cochrane, J., not sitting.

JENNIE ROSS, Respondent, v. WILLIAM BECKERS, Appellant.— Judgment and order unanimously affirmed, with costs.

WARREN C. SIMONDS, Appellant, v. ADDA B. ROWE and Others, Respondents.— Judgment unanimously affirmed on the opinion of Van Kirk, J., at Special Term (110 Misc. Rep. 52).

BEN V. SMITH, Respondent, v. STANLEY & MACGIBBONS COMPANY, INC., Appellant.— Order and judgment unanimously affirmed, with costs.

JOSEPH I. STAHL, as Receiver of the Property of ISRAEL B. LEHRICH, Judgment Debtor, Respondent, v. ISRAEL B. LEHRICH, and Others, Appellants, Impleaded with ELLSWORTH BAKER.— Order modified by striking therefrom the recitals of a violation of the order in supplementary proceedings and of a fraudulent satisfaction of the judgment and by providing that the order of receivership shall not apply to any money actually paid to the defendant Teenie Lehrich by the defendant Frieder before it was granted, and as so modified affirmed, without costs. All concur.

ST. LAWRENCE CONSTRUCTION COMPANY, INC., Appellant, v. The STATE OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs.